Per Curiam.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the circuit court be and the same is hereby affirmed.

Affirmed.

Whitfield, P. J., and Terrell and Buford, J. J., concur.

---

Harmon Hall, *Appellant,* v. Elberta Hall, Edna Hall, Elsie Hall, and the Following Named Minors, Ruth Hall, Janie Elberta Hall, and Wilmon Newell Hall, By Their Next Friend, Elberta Hall, and H. T. Hall, *Appelles.*

Division B.

Decision filed November 13, 1928.

*W. E. Smith,* for Appellant;

*Hampton & Greene,* for Appellees.

Per Curiam.—This cause having heretofore been submitted to the Court upon the transcript of the record of

the order herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order. It is, therefore, considered, ordered and adjudged by the Court that the said order of the circuit court be, and the same is hereby affirmed.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

C. L. CHANCEY, W. A. BLAND and H. J. DRIGGERS, *Appellants,* v. L. D. ALLEN and L. P. ALLEN, Co-partners, Trading and Doing Business as Allen Realty Company, *Appellees.*

Division B.

Decision filed November 13, 1928.

*Hugh Lester,* for Appellants;

*F. W. Butler,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order herein, and briefs and argument of counsel for the respective parties, and the record having been seen and